

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

## Carvana LLC

### Lien and Title Information



### Account Information

| | | Financed Date | 4/29/2017 |
|---|---|---|---|
| | | Perfected Date | 6/8/2017 |
| Branch | | Payoff Date | |
| Borrower 1 | BRENTON MASTRONARDI | Dealer ID | |
| Borrower 2 | | Dealer | |
| Borrower Address | 6725 SEA TURTLE WAY<br>FORT WORTH, TX 76135 | Dealer Address | |

### Lienholder

| ELT Lien ID | 45478803600 |
|---|---|
| Lienholder | CARVANA LLC |
| Lienholder Address | PO BOX 29002<br>PHOENIX, AZ 85038 |
| Lien Release Date | |

### Vehicle and Titling Information

| VIN | JTHBW1GG0E2075341 | Issuance Date | 5/25/2017 |
|---|---|---|---|
| Title Number | 22031342870250002 | Received Date | 5/25/2017 |
| Title State | TX | ELT/Paper | ELECTRONIC |
| Year | 2014 | Odometer Reading | 33920 |
| Make | LEXS | Branding | |
| Model | | | |
| Owner 1 | BRENTON MASTRONARDI | | |
| Owner 2 | | | |
| Owner Address | 6725 SEA TURTLE WAY<br>FORT WORTH, TX 76135 | | |

Printed: Thursday, June 08, 2017 11:28:14 AM PST