
EXHIBIT
C
PENGAD 800-631-6989

## Transaction History

| Transaction Date | Transaction Event | Transaction Amount | Reversal Reason | NSF Date | Fee Type | Due Date | Next Due Date | Principal | Interest | Late Fee | Legacy Fee | Other Fee | Principal Outstanding | Posted Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/13/2018 | Late Fee Assessment | (5.00) | | | | | | 0.00 | 0.00 | (5.00) | 0.00 | 0.00 | 26,395.07 | 7/13/2018 |
| 6/8/2018 | Normal Payment--GO WELLS FARGO BILL PAY | 640.00 | | | | 4/28/2018 | 5/28/2018 | 454.75 | 185.25 | 0.00 | 0.00 | 0.00 | 26,395.07 | 6/8/2018 |
| 5/24/2018 | Normal Payment--GO WELLS FARGO BILL PAY | 400.00 | | | | 3/28/2018 | 4/28/2018 | 106.82 | 293.18 | 0.00 | 0.00 | 0.00 | 26,849.82 | 5/24/2018 |
| 5/15/2018 | Normal Payment--GO WELLS FARGO BILL PAY | 100.00 | | | | 3/28/2018 | 3/28/2018 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 26,956.64 | 5/15/2018 |
| 5/13/2018 | Late Fee Assessment | (5.00) | | | | | | 0.00 | 0.00 | (5.00) | 0.00 | 0.00 | 26,956.64 | 5/13/2018 |
| 5/9/2018 | Normal Payment--GO WELLS FARGO BILL PAY | 140.00 | | | | 3/28/2018 | 3/28/2018 | 0.00 | 140.00 | 0.00 | 0.00 | 0.00 | 26,956.64 | 5/9/2018 |
| 4/11/2018 | Normal Payment--GO WELLS FARGO BILL PAY | 640.00 | | | | 2/28/2018 | 3/28/2018 | 62.07 | 577.93 | 0.00 | 0.00 | 0.00 | 26,956.64 | 4/11/2018 |
| 3/2/2018 | Normal Payment--GO WELLS FARGO BILL PAY | 640.00 | | | | 1/28/2018 | 2/28/2018 | 0.00 | 640.00 | 0.00 | 0.00 | 0.00 | 27,018.71 | 3/2/2018 |
| 2/12/2018 | Late Fee Assessment | (5.00) | | | | | | 0.00 | 0.00 | (5.00) | 0.00 | 0.00 | 27,018.71 | 2/12/2018 |
| 1/3/2018 | Normal Payment--GO WELLS FARGO BILL PAY | 640.00 | | | | 12/28/2017 | 1/28/2018 | 288.31 | 351.69 | 0.00 | 0.00 | 0.00 | 27,018.71 | 1/3/2018 |
| 12/6/2017 | Normal Payment--GO WELLS FARGO BILL PAY | 640.00 | | | | 11/28/2017 | 12/28/2017 | 272.12 | 367.88 | 0.00 | 0.00 | 0.00 | 27,307.02 | 12/6/2017 |
| 11/7/2017 | Normal Payment--GO WELLS FARGO BILL PAY | 640.00 | | | | 10/28/2017 | 11/28/2017 | 357.30 | 282.70 | 0.00 | 0.00 | 0.00 | 27,579.14 | 11/7/2017 |
| 10/16/2017 | Normal Payment--GO WELLS FARGO BILL PAY | 640.00 | | | | 9/28/2017 | 10/28/2017 | 106.14 | 528.86 | 5.00 | 0.00 | 0.00 | 27,936.44 | 10/16/2017 |
| 10/13/2017 | Late Fee Assessment | (5.00) | | | | | | 0.00 | 0.00 | (5.00) | 0.00 | 0.00 | 28,042.58 | 10/13/2017 |
| 9/5/2017 | Normal Payment--GO WELLS FARGO BILL PAY | 640.00 | | | | 8/28/2017 | 9/28/2017 | 211.14 | 428.86 | 0.00 | 0.00 | 0.00 | 28,042.58 | 9/5/2017 |
| 8/3/2017 | Normal Payment--GO WELLS FARGO BILL PAY | 640.00 | | | | 7/28/2017 | 8/28/2017 | 259.65 | 380.35 | 0.00 | 0.00 | 0.00 | 28,253.72 | 8/3/2017 |
| 7/5/2017 | Normal Payment--GO WELLS FARGO BILL PAY | 641.00 | | | | 6/28/2017 | 7/28/2017 | 244.17 | 396.83 | 0.00 | 0.00 | 0.00 | 28,513.37 | 7/5/2017 |
| 6/5/2017 | Normal Payment--GO WELLS FARGO BILL PAY | 495.00 | | | | 5/28/2017 | 6/28/2017 | 152.98 | 342.02 | 0.00 | 0.00 | 0.00 | 28,757.54 | 6/5/2017 |
| 5/31/2017 | Normal Payment--GO WELLS FARGO BILL PAY | 150.00 | | | | 5/28/2017 | 5/28/2017 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 28,910.52 | 5/31/2017 |